IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COACH, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUNFASTIC TANNING RESORT, et al. | : | No. 10-1626 |

ORDER

AND NOW, this 9th day of November 2011, it is hereby ORDERED that Plaintiffs Coach, Inc. and Coach Services, Inc.'s Motion for Summary Judgment (Doc. No. 37) is GRANTED, and judgment is entered only as to liability in favor of Plaintiffs and against Defendants Sunfastic Tanning Resort and Marlene Prendergrast on Counts One through Four and Six of the Amended Complaint (Doc. No. 4). Defendants are adjudged liable for trademark counterfeiting, infringement, false designation of origin, and false advertising under the Lanham Trade-Mark Act, 15 U.S.C. §§ 1114(1), 1125(a). Defendants are adjudged liable for copyright infringement under the U.S. Copyright Act, 17 U.S.C. §§ 106, 501. Defendant Marlene Prendergrast is adjudged personally liable in her individual capacity.

It is further ORDERED that upon Plaintiffs' motion, a hearing will be scheduled in the future to determine the damages to be assessed against Defendants Sunfastic Tanning Resort and Marlene Prendergrast. If Plaintiff intends to submit such an motion, it shall be presented no later than November 23, 2011. Any responses in opposition thereto shall be submitted by December 7, 2011.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.